UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-02944-KK-SPx** | Date: | January 21, 2026 |
|---|---|---|---|

Title:    *Asiane Williams v. Equifax Information Services, LLC*

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders**

On December 5, 2025, the Court set a Scheduling Conference for January 29, 2026.  ECF Docket No. ("Dkt.") 21.  The Court further ordered the parties to file a Joint Rule 26(f) Report no later than January 15, 2026.  Id.  To date, a Joint Rule 26(f) Report has not been filed.  The parties are, therefore, in violation of the Court's December 5, 2025 Order.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order.  See Fed. R. Civ. P. 41(b).  Before dismissing this action, the Court will afford Plaintiff an opportunity to explain her failure to file the Joint Rule 26(f) Report as directed by the Court's December 5, 2025 Order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed and/or sanctions imposed for failure to prosecute and/or comply with court orders.  Plaintiff shall have **up to and including January 28, 2026** to respond to this Order.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders.  See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

| Page **1** of **1** | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DC |
|---|---|---|