JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Eastern Division - Riverside)**

| | |
|---|---|
| ASIANE WILLIAMS,<br><br>       Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES LLC<br><br>       Defendant. | Case No. 5:25-cv-02944-KK-SP<br><br>**ORDER ON JOINT   STIPULATION OF DISMISSAL WITH   PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed, with prejudice as to Defendant EQUIFAX INFORMATION

- 1 –

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

SERVICES LLC only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear their own costs and attorneys' fees.

Dated this May 4, 2026

_____

Honorable Judge Kenly Kiya Kato

- 2 –

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**